UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| MICHELLE BILBERRY, § | | CIVIL ACTION |
| INDIVIDUALLY AND AS NEXT FRIEND § | | |
| OF J.S., A MINOR, § | | |
|     Plaintiffs § | | |
| § | | |
| VS. § | | NO. 9:11-CV-95 |
| § | | |
| WAL-MART STORES TEXAS, L.L.C. § | | |
|     Defendant § | | JURY |

# F I N A L   J U D G M E N T

The above cause came on to be heard at the regular setting thereof, and came the Plaintiff, MICHELLE BILBERRY, Individually and as Next Friend on behalf of J.S., a Minor, and Defendant, WAL-MART STORES TEXAS, LLC, and their attorneys, and a jury being expressly waived, the parties announced to the Court that judgment should be entered that Plaintiff MICHELLE BILBERRY, Individually and as Next Friend on behalf of J.S., a Minor, take nothing and that each party bear its own taxable costs of Court.  In accordance with such agreement:

It is, therefore, ORDERED, ADJUDGED and DECREED that the Plaintiff, MICHELLE BILBERRY, Individually and as Next Friend on behalf of J.S., a Minor, do have and recover of and from the Defendant, WAL-MART STORES TEXAS, LLC, NOTHING.

It is further ORDERED, ADJUDGED and DECREED that each party bear its own taxable costs of Court. The Court finds that no execution is necessary.

All relief sought herein which is not expressly granted, is denied. This is a FINAL JUDGMENT and is intended to dispose of all claims and causes of action by and between all parties.

So **ORDERED** and **SIGNED** this  7   day of  **March, 2012.**

_____
JUDITH K. GUTHRIE
UNITED STATES MAGISTRATE JUDGE

**APPROVED**:

/s/ James Manley
_____
JAMES MANLEY
ATTORNEY FOR PLAINTIFF,
MICHELLE BILBERRY, INDIVIDUALLY
AND AS NEXT FRIEND ON BEHALF
OF J.S., A MINOR


/s/ Karen L. Spivey
_____
KAREN L. SPIVEY
ATTORNEY FOR DEFENDANT,
WAL-MART STORES TEXAS, LLC